1   **JOSEPH W. CHARLES, P.C.**
    **5704 West Palmaire Avenue**
2   **P.O. Box 1737**
    **Glendale, Arizona 85311-1737**
3   **Phone: (623) 939-6546**
    **Fax:     (623) 939-6718**
4

5   JOSEPH W. CHARLES
    State Bar No. 003038
6   Attorney for Debtor

7
             IN THE UNITED STATES BANKRUPTCY COURT
8
             DISTRICT OF ARIZONA, PHOENIX DIVISION
9

10  In re:                          )      In Proceedings Under Chapter 13
                                    )
11                                  )      Case No. 2:05-bk-23726-EWH
                                    )
12  MARIA I. MANZANAREZ,            )
                                    )      MOTION FOR MORATORIUM
13                      Debtor.     )
                                    )

14  ──────────────────────────────

15       COMES NOW the Debtor, MARIA I. MANZANAREZ, by and through her

16  attorney undersigned, and respectfully moves this Court to enter an Order for a

17  Moratorium of Debtors' Chapter 13 Payments for a period of six months.

18       The reason for this request is that the Debtor's business has had a significant

19  drop in revenue due to the general economic downturn.  Debtor wishes the six (6)

20  month Moratorium in order to focus on turning the business around, selling the

21  business or seeking alternative income. Debtor will also utilize the Moratorium period

22  in evaluating her position in regard to modifying the Plan or converting to Chapter 7

23  as may be appropriate.

24       Based on the above, Debtor respectfully requests that the Court grant her

25  Motion for Moratorium of her Chapter 13 Plan payments for the months of November

26  and December 2008 and January, February, March and April 2009.

27  . . .

28

                                    1